UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRICE MICHELLE SHORTS,

                Plaintiff,

– against –

CEDARS BUSINESS SERVICES, LLC,

                Defendant.

**ORDER**

24-cv-02787 (ER)

Ramos, D.J.:

    Sherrice Shorts filed this action in New York state court on March 7, 2024. Doc. 2-1. Cedars Business Services, LLC, then removed the case to this Court. Doc. 2. On April 25, 2024, Cedars requested a premotion conference for a motion to dismiss for lack of personal jurisdiction. Doc. 9. The Court scheduled a premotion conference for May 31, 2024, and directed Shorts to respond by May 24, 2024. Doc. 11. Shorts did not respond and did not appear at the conference.

    The premotion conference is rescheduled for June 13, 2024, at 10:00 a.m. The parties should dial 877-411-9748 and enter access code 3029857# when prompted. Shorts is advised that failure to appear may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated:   May 31, 2024
             New York, New York

                                              EDGARDO RAMOS, U.S.D.J.