**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SHERRICE MICHELLE SHORTS,

                    Plaintiffs,

    -against-                                    24 **CIVIL** 2787 (ER)

## JUDGMENT

CEDARS BUSINESS SERVICES, LLC.,

                    Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 21, 2025, Shorts' motion to remand is DENIED and Cedars' motion to dismiss for lack of personal jurisdiction is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 24, 2025

                                      **TAMMI M. HELLWIG**

                                          **Clerk of Court**

               **BY:**

                                          **Deputy Clerk**